AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Christopher Ayash<br><br>*Defendant(s)* | Case No.<br>2:15-mj-00077 |

**FILED**
OCT - 8 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **October 7, 2015**  in the county of  **Kanawha**  in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Manufacture of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua D. Mehall, USPIS Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/08/2015

*Judge's signature*

City and state:  Charleston, West Virginia

Dwane L. Tinsley, U.S. Magistrate Judge
*Printed name and title*

A F F I D A V I T

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, Joshua D. Mehall, being first duly sworn, do hereby depose and state as follows:

## BACKGROUND

1.  I am a United States Postal Inspector employed with the United States Postal Inspection Service since February 2007. My responsibilities include the investigation of crimes involving the United States Postal Service and crimes furthered through the use of the United States Mail. This includes the investigation of controlled substances sent through the United States Mail. I have extensive experience with narcotics investigations and in the interdiction of illegal drugs shipped via the United States Mail, and have received training relative to criminal investigations and narcotics trafficking from the United States Postal Inspection Service. I have further been trained to locate, identify, and disrupt drug trafficking organizations engaged in ongoing and repeated transmission of illegal controlled substances and the proceeds from the sale and distribution of controlled substances via the United States Mail. I have personally identified and disrupted numerous such organizations in the past and employ substantive investigative

techniques to identify and stop subjects who have used and by apparent indications intend to continue to use the United States Mail as a means of engaging in such illicit activity. In this capacity, I have been the affiant on numerous federal search and seizure warrants.

2. This affidavit is intended only to show that there is sufficient probable cause for the complaint, and does not set forth all of your affiant's knowledge regarding the facts of this case.

3. On October 7, 2015, your affiant and other law enforcement executed a federal search warrant at 858 Jonash Lane, Saint Albans, Kanawha County, West Virginia. Upon entering the residence, law enforcement located Christopher Ayash (hereinafter "Ayash") inside the residence in the basement area.

4. In the basement area of the home in a concealed room, a laboratory was set up to manufacture cocaine. In the laboratory and throughout the residence, officers located items such as sulfuric acid, separatory funnels, and kerosene, all of which are consistent with the manufacturing process for cocaine. Officers also located a glass dish from the laboratory which contained a white substance that field tested positive for the presence of cocaine.

5. Special agents with the Drug Enforcement Administration (DEA) came to the residence and observed the laboratory. Those

agents confirmed with DEA chemists in Washington, D.C., that the laboratory was consistent with manufacturing cocaine.

6.   Cocaine is a Schedule II controlled substance.

7.   Based on my training, skills, and experience, as well as discussions with other law enforcement, your affiant submits that there is probable cause to believe that Ayash was manufacturing cocaine at his residence in Saint Albans, Kanawha County, West Virginia, in violation of 21 U.S.C. 841(a)(1).

Further your affiant sayeth naught.

_____
Joshua D. Mehall, USPIS

Sworn to before me, and subscribed in my presence, this 7th day of October 2015.

_____
Dwane L. Tinsley
United States Magistrate Judge